Certificate Number: 15322-NJ-DE-035631855

Bankruptcy Case Number: 21-13042



15322-NJ-DE-035631855

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>May 3, 2021</u>, at <u>10:22</u> o'clock <u>AM CDT</u>, <u>Marjorie Hennessey</u> completed a course on personal financial management given <u>by internet</u> by <u>1$ Wiser Consumer Education, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>May 3, 2021</u>

By:   <u>/s/Richard Reibeling</u>

Name:   <u>Richard Reibeling</u>

Title:   <u>Certified Credit Counselor</u>