Form oavolssn − oavolssnv27

<h1 style="text-align:center">UNITED STATES BANKRUPTCY COURT</h1>

District of New Jersey
401 Market Street
Camden, NJ 08102

---

                              Case No.:  21−13042−JNP
                              Chapter:  13
                              Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marjorie A. Hennessey
   198 Highland Avenue
   Vineland, NJ 08361−7817

Social Security No.:
   xxx−xx−2709

Employer's Tax I.D. No.:

---

**ORDER RESPECTING
AMENDMENT TO VOLUNTARY PETITION AND/OR
STATEMENT ABOUT YOUR SOCIAL SECURITY NUMBERS**

The Court having noted that the debtor filed an Amendment To Voluntary Petition and/or Statement About Your Social Security Numbers on June 10, 2021, and for good cause shown, it is

ORDERED that the debtor must serve a copy of this Order and the Amendment To Voluntary Petition or Statement About Your Social Security Numbers on all creditors and/or parties−in−interest and the trustee in the case, if any, not later than 7 days after the date of this Order.

It is further ORDERED that not later than 7 days after the date of this Order, the debtor must file the Local Form, Certification of Service, certifying compliance with the above requirements.

It is further ORDERED that the debtor must mail, by regular and certified mail, a notice correcting the social security number to the three national credit reporting agencies: Experian; Trans Union Corporation; Equifax Credit Information Services, Inc., or/and their successors and assigns, at their last known address on their website and file a separate Certification of Service regarding proof of same not later than 7 days after the date of this Order.

It is further ORDERED that the creditors and/or parties−in−interest and the trustee have:

1. until the original deadline, if any, fixed by the court to file a complaint to object to the debtor's discharge or dischargeability of certain debts, or 60 days from the date of this Order, whichever is later;

2. until the original deadline, if any, fixed by the Court to file a proof of claim or required supplement, or 60 days from the date of this Order, whichever is later;

3. until the original deadline fixed by the Court to object to exemptions, or 30 days from the date of this Order, whichever is later.

Dated: June 11, 2021
JAN: eag

Jerrold N. Poslusny Jr.
United States Bankruptcy Judge

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 21-13042-JNP

Marjorie A. Hennessey                                                                     Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                          User: admin                                 Page 1 of 2

Date Rcvd: Jun 11, 2021                       Form ID: oavolssn                           Total Noticed: 2

The following symbols are used throughout this certificate:

**Symbol        Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
         regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 13, 2021:**

**Recip ID**           **Recipient Name and Address**
db                     Marjorie A. Hennessey, 198 Highland Avenue, Vineland, NJ 08361-7817

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 11 2021 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 13, 2021                           Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Moshe Rothenberg | on behalf of Debtor Marjorie A. Hennessey moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com |
| U.S. Trustee | |

District/off: 0312-1                              User: admin                              Page 2 of 2

Date Rcvd: Jun 11, 2021                          Form ID: oavolssn                        Total Noticed: 2

USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 4