Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13042−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marjorie A. Hennessey
   198 Highland Avenue
   Vineland, NJ 08361−7817

Social Security No.:
   xxx−xx−2709

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 9, 2021.


Dated: July 9, 2021
JAN: har

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Marjorie A. Hennessey  
    Debtor

Case No. 21-13042-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3  
Date Rcvd: Jul 09, 2021      Form ID: plncf13      Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marjorie A. Hennessey, 198 Highland Avenue, Vineland, NJ 08361-7817 |
| 519167765 | | Bank of America, PO Box 17234, Wilmington, DE 19850-7234 |
| 519228726 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519191577 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519202473 | + | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519209023 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519167772 | | Kia Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519200070 | + | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 519167780 | | WAWA Credit Card, PO Box 9001101, Louisville, KY 40290-1101 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 09 2021 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 09 2021 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519167766 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:55 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519213335 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Jul 09 2021 20:38:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519167767 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Jul 09 2021 20:38:44 | Capital One Bank USA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519238094 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519167769 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 519167770 | | Email/PDF: DellBKNotifications@resurgent.com | Jul 09 2021 20:38:36 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 519167773 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 09 2021 20:38:55 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 519194545 | + | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 519167771 | | Email/Text: mrdiscen@discover.com | Jul 09 2021 20:28:00 | Discover Financial, PO Box 71084, Charlotte, NC 28272-1084 |
| 519167768 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Jul 09 2021 20:38:52 | Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |

| | | | | |
|---|---|---|---|---|
| 519217801 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 09 2021 20:38:37 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519167774 | | Email/Text: bankruptcy@sccompanies.com | Jul 09 2021 20:29:00 | Monroe, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519167775 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:49 | PayPal, PO Box 960080, Orlando, FL 32896-0080 |
| 519167776 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:40 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519237201 | | Email/Text: bnc-quantum@quantum3group.com | Jul 09 2021 20:29:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519167777 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 09 2021 20:29:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519167778 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:49 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519235588 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519167779 | | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 20:38:41 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 519169262 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 09 2021 21:02:38 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519167781 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 09 2021 20:29:00 | Wayfair, PO Box 659617, San Antonio, TX 78265-9617 |

TOTAL: 23

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 11, 2021   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 9, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Quicken Loans LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Moshe Rothenberg | |

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 09, 2021 | Form ID: plncf13 | Total Noticed: 32 |

on behalf of Debtor Marjorie A. Hennessey moshe@mosherothenberg.com  alyson@mosherothenberg.com;ajohn880@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4