Printed on: 12/31/2021  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2021 to 12/31/2021  
**Case Number: 21-13042 (JNP)**

Marjorie Hennessey  
198 Highland Avenue  
Vineland, NJ  08361-7817

Monthly Payment: $462.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 04/28/2021 | $350.00 | 05/17/2021 | $350.00 | 07/02/2021 | $350.00 | 07/06/2021 | $350.00 |
| 07/27/2021 | $224.00 | 08/30/2021 | $462.00 | 09/30/2021 | $462.00 | 10/25/2021 | $462.00 |
| 12/03/2021 | $462.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARJORIE HENNESSEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $3,310.00 | $2,757.15 | $552.85 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $7,150.88 | $0.00 | $7,150.88 | $0.00 |
| 2 | BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $6,166.67 | $0.00 | $6,166.67 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $5,905.91 | $0.00 | $5,905.91 | $0.00 |
| 5 | SYNCHRONY BANK | 33 | $949.20 | $0.00 | $949.20 | $0.00 |
| 6 | DELL FINANCIAL SERVICES, LLC | 33 | $1,180.65 | $0.00 | $1,180.65 | $0.00 |
| 7 | DISCOVER BANK | 33 | $10,944.52 | $0.00 | $10,944.52 | $0.00 |
| 8 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MONROE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | SYNCHRONY BANK | 33 | $4,998.11 | $0.00 | $4,998.11 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $245.95 | $0.00 | $245.95 | $0.00 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $2,296.61 | $0.00 | $2,296.61 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $669.05 | $0.00 | $669.05 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $1,333.12 | $0.00 | $1,333.12 | $0.00 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | WAWA CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $638.65 | $0.00 | $638.65 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $1,430.93 | $0.00 | $1,430.93 | $0.00 |
| 22 | CITIBANK, N.A. | 33 | $994.99 | $0.00 | $994.99 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $3,337.93 | $0.00 | $3,337.93 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2021 | 2.00 | $350.00 |
| 07/01/2021 | 58.00 | $462.00 |
| 05/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $3,472.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $423.19 |
| Arrearages: | $0.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**