Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-13042 (JNP)

Marjorie Hennessey  
198 Highland Avenue  
Vineland, NJ  08361-7817

Monthly Payment: $462.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2022 | $462.00 | 01/27/2022 | $462.00 | 03/03/2022 | $462.00 | 04/04/2022 | $462.00 |
| 05/04/2022 | $462.00 | 06/01/2022 | $462.00 | 07/01/2022 | $462.00 | 08/01/2022 | $462.00 |
| 08/29/2022 | $462.00 | 10/03/2022 | $462.00 | 10/28/2022 | $462.00 | 11/04/2022 | $462.00 |
| 12/05/2022 | $462.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARJORIE HENNESSEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $3,310.00 | $3,310.00 | $0.00 | $2,757.15 |
| 1 | BANK OF AMERICA, N.A. | 33 | $7,150.88 | $412.32 | $6,738.56 | $0.00 |
| 2 | BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $6,166.67 | $355.57 | $5,811.10 | $0.00 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $5,905.91 | $340.53 | $5,565.38 | $0.00 |
| 5 | SYNCHRONY BANK | 33 | $949.20 | $54.73 | $894.47 | $0.00 |
| 6 | DELL FINANCIAL SERVICES, LLC | 33 | $1,180.65 | $68.08 | $1,112.57 | $0.00 |
| 7 | DISCOVER BANK | 33 | $10,944.52 | $631.05 | $10,313.47 | $0.00 |
| 8 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MONROE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,998.11 | $288.19 | $4,709.92 | $0.00 |
| 12 | SYNCHRONY BANK | 33 | $245.95 | $14.18 | $231.77 | $0.00 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $2,296.61 | $2,296.61 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $669.05 | $38.58 | $630.47 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $1,333.12 | $76.87 | $1,256.25 | $0.00 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | WAWA CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $638.65 | $36.82 | $601.83 | $0.00 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $1,430.93 | $82.51 | $1,348.42 | $0.00 |
| 22 | CITIBANK, N.A. | 33 | $994.99 | $57.37 | $937.62 | $0.00 |
| 23 | SYNCHRONY BANK | 33 | $3,337.93 | $192.47 | $3,145.46 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 05/01/2021 | 2.00 | $350.00 |
| 07/01/2021 | 58.00 | $462.00 |
| 05/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,006.00 |
| Total paid to creditors this period: | $2,757.15 |
| Undistributed Funds on Hand: | $422.27 |
| Arrearages: | ($462.00) |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**