B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW JERSEY

In re   MARJORIE A HENNESSEY                              Case No. 21-13042

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Resurgent Receivables LLC | Dell Financial Services, LLC |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Resurgent Receivables LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Court Claim # (if known): 1
Amount of Claim: $1,180.65
Date Claim Filed: 04/23/2021

Phone: (877) 264-5884
Last Four Digits of Acct #: 7546

Phone: _____
Last Four Digits of Acct. #: 3962

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Teresa Hicks
   Transferee/Transferee's Agent

Date: 09/21/2023

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.