UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Rocket Mortgage LLC

In Re:

Marjorie Hennessey,

Debtor.

Case No.:  21-13042-JNP

Chapter:  13

Hearing Date:  5/14/2024

Judge:  Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 198 Highland Avenue

_____

Date: 5/10/2024                              /s/ Denise Carlon
                                             Signature

*rev.8/1/15*