UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Andrew B. Finberg
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

In Re:

MARJORIE HENNESSEY

Debtor(s)

Case No.: 21-13042

Judge: Jerrold N. Poslusny Jr.

**STIPULATION ADJUSTING
TRUSTEE PAYMENTS**

**WHEREAS**, a review of Debtor(s)' case by the Chapter 13 Standing Trustee's Office revealed that Debtor(s)' monthly Trustee payments should be recalculated and good cause having been shown, and

**WHEREAS**, the Trustee and Debtor(s)' counsel have agreed to resolve the adjustment in Trustee payments by Stipulation;

**NOW THEREFORE**, the Trustee and counsel for Debtor(s) hereby agree as follows: Debtor(s)' case be and is hereby allowed to continue at $15,022.00 paid to date, then $520.00 per month for the remaining 24 months starting May 01, 2024 for a total plan length of sixty (60) months.

**IT IS STIPULATED** that all other terms set forth in the Order Confirming Plan entered on 07/07/2021, remain in effect.

/s/ Moshe Rothenberg                    5/28/2024

Debtor(s)' Attorney                        Date


/s/ Andrew B. Finberg                    04/25/2024

Andrew B. Finberg                         Date
Chapter 13 Standing Trustee

** Stipulation only valid if signed by all parties AND filed by the Chapter 13 Standing Trustee.