Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Attorney for Hyundai Capital America
as servicer for Hyundai Lease Titling Trust

| | |
|---|---|
| IN RE:<br>MARJORIE A. HENNESSEY | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| | CHAPTER: 13<br>CASE NO: 21-13042 (JNP)<br>HEARING DATE: |
| | NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES, PLAN AND DISCLOSURE STATEMENTS |

Hyundai Capital America as servicer for Hyundai Lease Titling Trust enters its appearance and the law firm of Eisenberg Gold & Agrawal, P.C., pursuant to Fed R Bankr P 9010, hereby enters their appearance as attorneys for Hyundai Capital America with regard to all matters and proceedings in the above captioned case, showing counsel's name, office address and telephone number as follows:

Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200

Hyundai Capital America, hereby requests that all notices required to be given under Fed R Bankr P 2002, including notices under Fed R Bankr P 2002(I), that, but for this Request, would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents, be given to Hyundai Capital America by due service upon its undersigned attorneys at the address stated above and also to it at the following address:

Hyundai Capital America
2860Patton Rd
Roseville, MN  55113

    Hyundai Capital America pursuant to Fed R Bankr P 3017(a), further requests that all plans and disclosure statements filed herein by any party be duly served upon it and its undersigned attorneys.

        /s/ William E. Craig
        William E. Craig, Esquire
        Attorney for Hyundai Capital America

Dated:  7/29/24