Printed on: 12/31/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 21-13042 (JNP)

Marjorie Hennessey  
198 Highland Avenue  
Vineland, NJ  08361-7817

Monthly Payment: $548.00  
Payments / Month: 1  
Current Trustee Comp.: 10.00%

**For the period of 01/01/2024 to 12/31/2024**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2024 | $462.00 | 05/15/2024 | $520.00 | 06/25/2024 | $520.00 | 07/25/2024 | $231.00 |
| 08/12/2024 | $274.00 | 08/26/2024 | $274.00 | 09/11/2024 | $274.00 | 09/25/2024 | $274.00 |
| 10/11/2024 | $274.00 | 10/25/2024 | $274.00 | 11/12/2024 | $274.00 | 12/02/2024 | $274.00 |
| 12/11/2024 | $274.00 | 12/31/2024 | $274.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MARJORIE HENNESSEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MOSHE ROTHENBERG, ESQUIRE | 13 | $3,310.00 | $3,310.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA, N.A. | 33 | $7,150.88 | $1,664.93 | $5,485.95 | $780.73 |
| 2 | BEST BUY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE, N.A. | 33 | $6,166.67 | $1,435.77 | $4,730.90 | $673.27 |
| 4 | JPMORGAN CHASE BANK, N.A. | 33 | $5,905.91 | $1,375.07 | $4,530.84 | $644.81 |
| 5 | LVNV FUNDING, LLC | 33 | $949.20 | $221.00 | $728.20 | $103.64 |
| 6 | RESURGENT RECEIVABLES, LLC | 33 | $1,180.65 | $274.89 | $905.76 | $128.90 |
| 7 | DISCOVER BANK | 33 | $10,944.52 | $2,548.20 | $8,396.32 | $1,194.94 |
| 8 | HYUNDAI LEASE TITLING TRUST | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | MACYS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | MONROE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,998.11 | $1,163.70 | $3,834.41 | $545.69 |
| 12 | LVNV FUNDING, LLC | 33 | $245.95 | $57.27 | $188.68 | $26.85 |
| 13 | ROCKET MORTGAGE, LLC | 24 | $2,296.61 | $2,296.61 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $669.05 | $155.77 | $513.28 | $73.04 |
| 15 | LVNV FUNDING, LLC | 33 | $1,333.12 | $310.39 | $1,022.73 | $145.54 |
| 16 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | WAWA CREDIT CARD | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | QUANTUM3 GROUP, LLC | 33 | $638.65 | $148.70 | $489.95 | $69.73 |
| 19 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | MOSHE ROTHENBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | LVNV FUNDING, LLC | 33 | $1,430.93 | $333.16 | $1,097.77 | $156.22 |
| 22 | CITIBANK, N.A. | 33 | $994.99 | $231.66 | $763.33 | $108.63 |
| 23 | SYNCHRONY BANK | 33 | $3,337.93 | $777.16 | $2,560.77 | $364.43 |
| 24 | ROCKET MORTGAGE, LLC | 13 | $549.00 | $549.00 | $0.00 | $0.00 |
| 25 | ROCKET MORTGAGE, LLC | 13 | $200.00 | $200.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---:|---:|
| 05/01/2021 | 36.00 | $0.00 |
| 05/01/2024 | Paid to Date | $15,542.00 |
| 06/01/2024 | 23.00 | $548.00 |
| 05/01/2026 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $4,473.00 |
| Total paid to creditors this period: | $5,016.42 |
| Undistributed Funds on Hand: | $246.60 |
| Arrearages: | $345.00 |
| Attorney: | MOSHE ROTHENBERG, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**