Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  21−13042−JNP
                        Chapter:  13
                        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marjorie A. Hennessey
   198 Highland Avenue
   Vineland, NJ 08361−7817

Social Security No.:
   xxx−xx−2709

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 5/16/25 at 10:00 AM

to consider and act upon the following:

**65** − Certification in Opposition to (related document:64 Certification of Default of Standing Trustee. re: Debtors failure to make plan payments Report. Filed by Andrew B Finberg. Objection deadline is 04/10/2025. (Attachments: # 1 Certification # 2 Proposed Order # 3 Certificate of Service) filed by Trustee Andrew B Finberg) filed by Moshe Rothenberg on behalf of Marjorie A. Hennessey. (Rothenberg, Moshe)

Dated: 4/11/25

                                            Jeanne Naughton
                                            Clerk, U.S. Bankruptcy Court