Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 21−13042−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marjorie A. Hennessey
  198 Highland Avenue
  Vineland, NJ 08361−7817

Social Security No.:
  xxx−xx−2709

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/24/25.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: June 25, 2025
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 21-13042-JNP

Marjorie A. Hennessey                                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                                                  User: admin                                                  Page 1 of 3

Date Rcvd: Jun 25, 2025                                     Form ID: 148                                         Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Marjorie A. Hennessey, 198 Highland Avenue, Vineland, NJ 08361-7817 |
| cr | + | Hyundai Capital America as servicer for Hyundai Le, 2860 Patton rd, Roseville, MN 55113, UNITED STATES 55113-1100 |
| 519169262 | +++ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519167780 | | WAWA Credit Card, PO Box 9001101, Louisville, KY 40290-1101 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 25 2025 21:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 25 2025 21:14:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519167765 | ^ | MEBN | Jun 25 2025 21:04:17 | Bank of America, PO Box 17234, Wilmington, DE 19850-7234 |
| 519228726 | + | EDI: BANKAMER2 | Jun 26 2025 00:52:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 519167766 | | EDI: CITICORP | Jun 26 2025 00:52:00 | Best Buy, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 519213335 | + | EDI: AIS.COM | Jun 26 2025 00:52:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519167767 | | EDI: CAPITALONE.COM | Jun 26 2025 00:52:00 | Capital One Bank USA, PO Box 6492, Carol Stream, IL 60197-6492 |
| 519167768 | | EDI: JPMORGANCHASE | Jun 26 2025 00:52:00 | Cardmember Services, PO Box 1423, Charlotte, NC 28201-1423 |
| 519238094 | | EDI: CITICORP | Jun 26 2025 00:52:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519167769 | | EDI: WFNNB.COM | Jun 26 2025 00:52:00 | Comenity Bank, PO Box 659728, San Antonio, TX 78265-9728 |
| 519191577 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:19:14 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519167770 | | Email/PDF: DellBKNotifications@resurgent.com | Jun 25 2025 21:18:51 | Dell Preferred Account, PO Box 6403, Carol Stream, IL 60197-6403 |
| 519167773 | | EDI: CITICORP | Jun 26 2025 00:52:00 | Macys, PO Box 8218, Mason, OH 45040-8218 |
| 519194545 | + | EDI: DISCOVER | Jun 26 2025 00:52:00 | Discover Bank, Discover Product Inc, PO BOX |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 519167771 | | EDI: DISCOVER | Jun 26 2025 00:52:00 | Discover Financial, PO Box 71084, Charlotte, NC 28272-1084 |
| 519202473 | + | Email/Text: Hcabankruptcy-courtnotices@hcamerica.com | Jun 25 2025 21:14:00 | Hyundai Lease Titling Trust, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519209023 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jun 25 2025 21:12:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 519167772 | ^ | MEBN | Jun 25 2025 21:03:41 | Kia Finance, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 519921092 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:23 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921093 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:19:14 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519217801 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519167774 | | EDI: CBS7AVE | Jun 26 2025 00:52:00 | Monroe, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519749600 | | EDI: PRA.COM | Jun 26 2025 00:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519749601 | | EDI: PRA.COM | Jun 26 2025 00:52:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 519167775 | | EDI: SYNC | Jun 26 2025 00:52:00 | PayPal, PO Box 960080, Orlando, FL 32896-0080 |
| 519167776 | | EDI: SYNC | Jun 26 2025 00:52:00 | PayPal Credit, PO Box 105658, Atlanta, GA 30348-5658 |
| 519237201 | | EDI: Q3G.COM | Jun 26 2025 00:52:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519167777 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 25 2025 21:14:00 | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 519200070 | + | Email/Text: bankruptcyteam@rocketmortgage.com | Jun 25 2025 21:14:00 | Quicken Loans, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 520032902 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:19:41 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520032908 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2025 21:18:23 | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587, Resurgent Receivables LLC, c/o Resurgent Capital Services 29603-0587 |
| 519167778 | | EDI: SYNC | Jun 26 2025 00:52:00 | Synchrony Bank, PO Box 965007, Orlando, FL 32896-5007 |
| 519167779 | | EDI: SYNC | Jun 26 2025 00:52:00 | Synchrony Bank, PO Box 530948, Atlanta, GA 30353-0948 |
| 519167781 | | EDI: WFNNB.COM | Jun 26 2025 00:52:00 | Wayfair, PO Box 659617, San Antonio, TX 78265-9617 |

TOTAL: 34

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**     **Bypass Reason   Name and Address**

| | | |
|---|---|---|
| 519921094 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 519921095 | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520032907 | * | Resurgent Receivables LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519235588 | *P+++ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2025 at the address(es) listed below:

**Name** | **Email Address**

Andrew B Finberg
on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Andrew B Finberg
courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
on behalf of Creditor Quicken Loans  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Denise E. Carlon
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Michael Patrick Farrington
on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. tue67813@temple.edu

Moshe Rothenberg
on behalf of Debtor Marjorie A. Hennessey moshe@mosherothenberg.com alyson@mosherothenberg.com;ajohn880@gmail.com;rothenberg.mosheb128149@notify.bestcase.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

William E. Craig
on behalf of Creditor Hyundai Capital America as servicer for Hyundai Lease Titling Trust wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 9